Sheri Thome, Esq.
Nevada Bar No. 08657
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89119
Tel: (702) 727-1400  Fax: (702) 727-1401
sheri.thome@wilsonelser.com
*Attorneys for Plaintiff T.H.E. Insurance Company*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| T.H.E. INSURANCE COMPANY, a Louisiana corporation,<br><br>                              Plaintiff,<br><br>         v.<br><br>BOISE HOT AIR, INC. dba VEGAS HOT AIR SIN CITY BALLOON RIDES, an Idaho Corporation; SHAWNA STENTON, an individual; THOMAS STENTON, an individual; MICHELE VANCE, an individual; KATJA EKQUIST, an individual; MIKA EKQUIST, an individual; and KEVIN CLONEY, an individual,<br><br>                              Defendants. | CASE NO:    2:20-cv-01762-KJD-NJK<br><br>~~STIPULATION AND~~ ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>**(First Request)** |

Plaintiff T.H.E. INSURANCE COMPANY ("T.H.E. Insurance") and Defendant Boise Hot Air, Inc. dba Vegas Hot Air Sin City Balloon Rides ("BHA"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for T.H.E. Insurance to file a reply in support of its Motion for Summary Judgment filed on July 13, 2021 (ECF No. 26).  The deadline for T.H.E. Insurance to file its reply brief is currently set for August 17, 2021.  The parties hereby stipulate to extend the deadline for T.H.E. Insurance to file its reply brief by one week, up to and including August 24, 2021.

This stipulation is submitted in compliance with LR IA 6-11.  Counsel for T.H.E. Insurance requests the proposed extension due to counsel's current schedule.  Accordingly, the parties respectfully submit that the proposed extension is supported by good cause.

The parties agree that the requested extension is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the first stipulation for extension of time to file a reply brief.

DATED this 11th day of August, 2021.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Sheri Thome
Sheri Thome, Esq.
Nevada Bar No. 08657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Sheri.Thome@wilsonelser.com
Attorneys for Plaintiff T.H.E. Insurance Company

DATED this 11th day of August, 2021.

LAW OFFICE OF TIMOTHY R. TREFFINGER

/s/ Timothy R. Treffinger
Timothy R. Treffinger, Esq.
Nevada Bar No. 012877
2350 S Jones Blvd., D11
Las Vegas, NV 89146
Telephone: (702) 333-5594
attorneytreffinger@gmail.com
Attorneys for Defendant Boise Hot Air, Inc. dba Vegas Hot Air Sin City Balloon Rides

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 12th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE